IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. PATRICK GRIFFITH, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-cv-00088-CVE-CDL |
| | ) | |
| 1. JOSIE CACKLER; | ) | |
| 2. SHELBY CATES; | ) | |
| 3. THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Patrick Griffith, and Defendant, The Lincoln National Life Insurance Company, submit this Notice to advise the Court that the Parties have settled all matters in dispute in this action. The Parties anticipate filing closing papers with the Court within the next 30 days.

Respectfully submitted,

By: */s/ Denelda L. Richardson*
DENELDA L. RICHARDSON, OBA 20103
drichardson@rhodesokla.com
RHODES HIERONYMUS JONES TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121
(918) 582-1173; (918) 592-3390 [fax]
*Counsel for Defendant The Lincoln National Life Insurance Company*

- and -

By: */s/ Mark Zanotti*
(signed by Filing Attorney with permission of Attorney)
MARK A. ZANNOTTI, OBA 16055
mark@zannottilaw.com
ZANNOTTI LAW
1437 S. Boulder Ave. Suite 1200
Tulsa, OK 74119
(918) 986-6141
*Counsel for Plaintiff, Patrick Griffith*

–2–

**CERTIFICATE OF SERVICE**

I hereby certify that on 1st day of March 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

    Mark A. Zannotti - mark@zannottilaw.com
    Attorney for Plaintiff Patrick Griffith

I further certify that a true and correct copy of the foregoing pleading was sent, via electronic mail, to the following:

    Alexander F. King - aking@kingwoodslaw.com
    Attorney for Defendants, Josie Cackler and Shelby Cates

                                      */s/ Denelda L. Richardson*
                                      Denelda L. Richardson